# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| 721 BOURBON, INC., | Case No.: 2:19-cv-02033 AB(JPR) |
| *Plaintiff,* | **[PROPOSED] CONSENT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** |
| vs. | DISTRICT JUDGE: ANDRE BIROTTE, JR. |
| IDAHO PEPPERCORN, LLC doing business as FIVE0FOUR HOLLYWOOD, JOSHUA KOPEL, Individually and MARK H. EGLAND, Individually, | |
| *Defendant(s)* | |

## STIPULATION

Plaintiff, 721 Bourbon, Inc. ("Tropical Isle") and defendants, Idaho Peppercorn, LLC doing business as Five0Four Hollywood ("Five0Four Hollywood"), Joshua Kopel ("Mr. Kopel"), and Mark H. Egland (collectively, "Defendants") hereby consent and agree to this judgment to fully resolve all disputes between them in this action. By consent, with approval of the Court, Tropical Isle and all Defendants agree to the following findings of fact, conclusions of law, and judgment.

This court has subject matter jurisdiction over Tropical Isle's claims pursuant to 28 U.S.C. §§ 1331 and 1338(a), which provide that this Court has original jurisdiction pursuant to 15 U.S.C. §§ 1121(a) and 1125.

On March 19, 2019, Tropical Isle filed the above-captioned lawsuit, asserting claims against Defendants for willful federal trademark infringement, trademark counterfeiting, federal trademark dilution, and federal unfair competition (the "Lawsuit"). Defendants filed an Answer denying the claims asserted by Tropical Isle. Although Defendants deny all claims alleged by Tropical Isle, Defendants consent to the following judgment on all of Tropical Isle's claims:

## CONSENT JUDGMENT

The Court hereby ORDERS that Defendants and their offices, directors, agents, servants, employees, affiliates, successors, shareholder, assigns, attorneys, and all persons acting by, through or in active concert with Defendants be permanently enjoined and restrained from:

A. Using any designation, name, or mark that incorporates "Grenade", "Hand Grenade", or any designation that is confusingly similar to "Grenade" or "Hand Grenade" such as "Greenade" in connection with Defendants' business;

B. Passing off of any goods or services as those of Tropical Isle;

C. Doing any other act or thing calculated or likely to induce or cause confusion or the mistaken belief that Defendants are in any way affiliated, connected, or associated with Tropical Isle.

//
//
//
//
//
//
//

The Court further **ORDERS** that within five (5) days of the date of this Order, Defendants destroy or remove all products, labels, signs, packages, wrappers, advertisements, promotions, menus, electronic data, social media posts, website posts and all other matter in the custody or under the control of Defendants that bear any "Greenade", "Grenade", "Hand Grenade", or any other mark that is likely to be confused with any of the Tropical Isle's GRENADE Family of Marks.

**IT SO ORDERED** on this 8th day of August, 2019

Honorable André Birotte Jr.
United States District Judge